IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


JOHN W. MANN,

    Plaintiff,

v.                                         5:13cv175-WS

WARDEN CHURCHWELL,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S
MOTION FOR A RESTRAINING ORDER

    Before the court is the magistrate judge's report and recommendation (doc. 10) docketed May 31, 2013.  The magistrate judge recommends that the plaintiff's "Emergency Motion for a Restraining Order" (doc. 8) be denied without prejudice.  The plaintiff has filed objections (doc. 19) to the report and recommendation.

    Upon review of the record, the court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's "Emergency Motion for a Restraining Order" (doc. 8) is DENIED.

3. The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this ___8th___ day of ____July___, 2013.


                                     s/ William Stafford
                                     WILLIAM STAFFORD
                                     SENIOR UNITED STATES DISTRICT JUDGE