IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN W. MANN, Inmate # MO7271,

    Plaintiff,

v.                                                                           5:13cv175-WS

CHURCHWELL, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 12, 2013. See Doc. 36. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for abuse of the judicial process under 28 U.S.C. § 1915(e) based on the plaintiff's failure to fully disclose his prior litigation history. The plaintiff has filed objections (doc. 38) to the magistrate judge's report and recommendation.

As reported by the magistrate judge, the Court's PACER Case Locator reflects that, while incarcerated, the plaintiff has filed at least two federal cases that he failed to disclose when he filed his complaint in this action: Mann v. Tucker,

Case No. 1:12cv23488-KMM (S.D. Fla.) (dismissed for lack of prosecution); and Mann v. Busk, Case No. 2:11cv14423-KMM (S.D. Fla.) (dismissed for failure to state a claim). In his objections, the plaintiff has provided no persuasive reason to excuse his failure disclose these cases on his complaint form. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 36) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as an abuse of the judicial process because the plaintiff did not truthfully and fully disclose his prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this ___9th___ day of ___January___, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE